**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
<u>**CRIMINAL MINUTES**</u>

**CASE NUMBER:**  3:22CR08     **PLACE HELD: OXFORD, MISSISSIPPI**
**UNITED STATES OF AMERICA v. JOSHUA MILLER**
**DATE & TIME BEGUN:**  OCTOBER 19, 2023, 11:00 AM
**DATE & TIME ENDED:**  OCTOBER 19, 2023, 11:30 AM

              **TOTAL TIME:** 30 MINUTES

**PRESENT:**
   **HONORABLE MICHAEL P. MILLS, SENIOR U.S. DISTRICT JUDGE**

Sallie Wilkerson         Rita Davis
**Courtroom Deputy Clerk**      **Official Court Reporter**

**ATTORNEY(S) FOR GOVERNMENT:**   **ATTORNEY(S) FOR DEFENDANT(S):**
SAM STRINGFELLOW       AHMAD R. SMITH

**U.S. PROBATION**
LONNIE EVERILL

**PROCEEDINGS:**
Waiver of Indictment Filed _____    Information Filed _____

PLEA:
   GUILTY        NOLO CONTENDERE

   <u>Count 1 Indictment </u>     _____


Bond Set:  ____

Bond Continued ____

Remand to Custody of U. S. Marshal:  __X__

Sentencing:   February 29, 2024

Remarks:


     **DAVID CREWS, CLERK**

     By: /s/ Sallie Wilkerson_____
     Courtroom Deputy Clerk